**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Linda M. Brown-Thomas <br> <u>Debtor</u> | CHAPTER 7 <br><br> BKY. NO. 18-13116 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of GRAND BANK FOR SAVINGS, FSB and index same on the master mailing list.

              Respectfully submitted,

              **<u>/s/ Rebecca A. Solarz, Esquire</u>**
              Rebecca A. Solarz, Esquire
              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 627-1322 FAX (215) 627-7734