# Social Security Administration

Date: April 20, 2018
BNC: 18BI555B12730
REF: A

LINDA M BROWN THOMAS
9 SANDY RIDGE DRIVE
DOYLESTOWN PA 18901-3341

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**
Beginning December 2017, the full monthly Social Security benefit before any deductions is $2,285.20.

We deduct $134.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $2,151.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third Wednesday of each month.

**Information About Past Social Security Benefits**
From December 2016 to November 2017, the full monthly Social Security benefit before any deductions was $2,240.40.

We deducted $112.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $2,128.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information
You are entitled to monthly disability benefits.

## Date of Birth Information
The date of birth shown on our records is September 13, 1954.

## Medicare Information
You are entitled to hospital insurance under Medicare beginning September 2015.

You are entitled to medical insurance under Medicare beginning September 2015.

Your Medicare number is 6YA4-TU3-WM78. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log onto Medicare.gov, or call 1-800-MEDICARE (1-800-633-4277).

## Suspect Social Security Fraud?
Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions
We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-331-2319. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 444 LINCOLN HWY
> FAIRLESS HILLS, PA 19030

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

# LINDA BROWN-THOMAS
Apr 19, 2018 11:06 p.m. ET

## You're Receiving Pension Benefits
You decided how you want to receive your pension benefits. Review your choices and payments here.

**Want Some Help?**

### Johnson & Johnson Pension Plan
$1,096.53 (receiving)

Here are details of the payment you're receiving:

- It's based on your Age 62 Level Income - Combined w/ 25% Joint and Survivor payment choice.
- Your payment has been processed for **May 1, 2018**.
- Your next payment is scheduled for **June 1, 2018**.

### Retirement Hub
Learn about it. Get answers. Make it happen.

**Payment Information**

Update Payment Destination

Change Income Tax Withholding

**My Account Essentials**

Plan Details (SPDs)

Recent Requests