United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13116-mdc
Linda M. Brown-Thomas                                                   Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett            Page 1 of 1            Date Rcvd: Jun 22, 2018
                                Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.
db          +Linda M. Brown-Thomas,   9 Sandy Ridge Drive,   Doylestown, PA 18901-3341
14104424    +KML Law Group, P.C.,   Suite 5000 - BNY Independence Center,   701 Market Street,
             Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:
          BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
          JEFFREY C. MCCULLOUGH    on behalf of Debtor Linda M. Brown-Thomas
           jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
          REBECCA ANN SOLARZ    on behalf of Creditor   GRAND BANK FOR SAVINGS, FSB bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Linda M. Brown-Thomas | | CHAPTER 7 |
| Debtor | | |
| GRAND BANK FOR SAVINGS, FSB | Movant | NO. 18-13116 MDC |
| vs. | | |
| Linda M. Brown-Thomas | Debtor | 11 U.S.C. Section 362 |
| Bonnie B. Finkel | Trustee | |

## ORDER

AND NOW, this 21st day of June, 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 9 Sandy Ridge Drive, Doylestown, PA 18901 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_____
United States Bankruptcy Judge.

Linda M. Brown-Thomas
9 Sandy Ridge Drive
Doylestown, PA 18901

Jeffrey C. McCullough,
16 N. Franklin Street
Suite 300
Doylestown, PA 18901

Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532